# United States District Court
# For The Western District of North Carolina
# Asheville Division

Stephen L Waters,

  Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.               1:09-cv-00254

Commissioner of Social Security Administration,

  Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 30, 2009 Order.

October 30, 2009

           FRANK G. JOHNS, CLERK

            s/Phyllis Freeman
         BY: _____
           Phyllis Freeman, Deputy Clerk